UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
**Eastern Division**

| | |
|---|---|
| FLOYD A. DAVIS III and ) <br> YORGIE LLC, ) <br>     Plaintiffs, ) <br> ) <br>     v. ) <br> ) <br> CHANGZHOU HAOLING VEHICLE ) <br>     INDUSTRY COMPANY LIMITED, ) <br> MOD VANTEN INC., ) <br> WOFEILI LLC, ) <br> FAMETRADE LLC, ) <br> SCARMAN LLC, ) <br> SEVEN BLACKSMITHS LLC, ) <br> VERMEYEN LLC and ) <br> AINUOSEN LLC, ) <br>     Defendants. ) | Case No. 24-cv-00712 <br><br> Honorable Matthew F. Kennelly |

**JOINT MOTION FOR ENTRY
OF CONSENT JUDGMENT AND DISMISSAL ORDER**

Plaintiffs, Floyd A. Davis III and his company Yorgie LLC (together the "**Davis Entities**"), and Defendants, Changzhou Haoling Vehicle Industry Company Limited, Mod Vanten Inc., Wofeili LLC, Fametrade LLC, Scarman LLC, Seven Blacksmiths LLC, Vermeyen LLC and Ainuosen LLC (together the "**Haoling Companies**"), jointly move, under Fed.R.Civ.P. 41(a)(1)(A)(ii), for entry of the attached Consent Judgment and Dismissal Order. The Order dismisses the case with prejudice.

1

Date: May 20, 2024

                                                    Respectfully submitted,

| THE DAVIS ENTITIES | THE HAOLING COMPANIES |
|---|---|
| By  */s/ Peter N. Jansson*<br>Peter N. Jansson (IL Bar #1326074)<br><br>Peter N. Jansson<br>Molly H. McKinley<br>JANSSON MUNGER MCKINLEY & KIRBY LTD.<br>207 East Westminster<br>Lake Forest, IL 60045<br>Tel: 262/632-6900<br>Fax: 262/632-2257<br>*pjansson@janlaw.com*<br>*mmckinley@janlaw.com*<br><br>Eric V.C. Jansson<br>JANSSON MUNGER MCKINLEY & KIRBY LTD.<br>4061 N. Main Street, Suite 200<br>Racine, WI 53402<br>Tel: 262/632-6900<br>Fax: 262/632-2257<br>*ejansson@janlaw.com*<br><br>For the Davis Entities | By  */s/Craig D. Leavell*<br>Craig D. Leavell, ISB No. 6256260<br>BARNES & THORNBURG LLP<br>One N. Wacker Drive, Suite 4400<br>Chicago, Illinois 60606<br>Telephone: 312-214-4868<br>Facsimile: 312-759-5646<br>craig.leavell@btlaw.com<br><br>ATTORNEY FOR HAOLING COMPANIES<br><br><br>*Also approved by China counsel for the Haoling Companies:*<br><br>   He Wengang<br>   Jintian & Gongcheng<br>   34/F, Tower 3<br>   China Central Place<br>   77 Jianguo Road<br>   Beijing, 1000025 China<br>   Tel: +86 18611784927<br>   *he.wengang@jingtian.com* |